IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NAVISTAR, INC.; PURE POWER TECHNOLOGIES, LLC; and INTERNATIONAL ENGINE INTELLECTUAL PROPERTY COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PURE POWER, LLC,<br><br>　　　　Defendant. | Case No.  4: 12-CV-013-BLW<br><br>**ORDER TO SHOW CAUSE** |

　　　Finding good cause therefore,

　　　NOW THEREFORE IT IS HEREBY ORDERED, that the motion for order to show cause (docket no. 41) is GRANTED.

　　　IT IS FURTHER ORDERED, that on **July 18, 2013, at 11:00 a.m.** in the Federal Courthouse in Pocatello, Idaho, the defendant is ordered to show cause why it should not be held in contempt and sanctioned for failed to comply with the Court's Order (docket no. 35) that the defendant pay $9,920 in attorney fees to plaintiffs.

　　　IT IS FURTHER ORDERED, that any briefing by defendant shall be filed on or before June 28, 2013, and any reply brief by plaintiffs shall be filed on or before July 10, 2013.

Order - 1



DATED: **June 13, 2013**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 2**